1072

[No. 40306-1-I.     Division One.     August 10, 1998.]

MARION SHULTZ, *Appellant*, v. WILLIAM M. SHULTZ, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-26338-1, Jim Bates, J., entered February
26, 1997. *Reversed* by unpublished opinion per Coleman, J.,
concurred in by Becker and Appelwick, JJ.

[No. 40546-2-I.     Division One.     August 10, 1998.]

LINDA J. FALCONER, *Appellant*, v. THE CITY OF SEATTLE, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-03363-4, Glenna Hall, J., entered March
26, 1997. *Reversed* by unpublished opinion per Becker, J.,
concurred in by Coleman and Appelwick, JJ.

[No. 40903-4-I.     Division One.     August 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L.C.
PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-00363-1, Steven J. Mura, J., entered
August 18, 1997. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Coleman and Appelwick, JJ.

[No. 41181-1-I.     Division One.     August 10, 1998.]

*In the Matter of the Marriage of* KRISTA J. BRAND,
*Appellant*, and MICHAEL J. BRAND, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-3-04421-4, Harriett M. Cody, J., entered
July 23, 1997. *Reversed* by unpublished opinion per Agid,
A.C.J., concurred in by Grosse and Becker, JJ.